1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Raymond Ballister Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   <u>Mail</u>: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff, JUAN GARIBAY

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 JUAN GARIBAY,                          ) Case No.: 2:19-cv-10910-DMG-JDE
                                          )
11        Plaintiff,                      )
                                          ) **NOTICE OF SETTLEMENT AND**
12    v.                                  ) **REQUEST TO VACATE ALL**
                                          ) **CURRENTLY SET DATES**
13 CARAVAN REALTY, LLC, a California      )
   Limited Liability Company; and Does 1- )
14 10,                                    )
                                          )
15        Defendants.

16      The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
20 currently set dates with the expectation that the settlement will be consummated within
21 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
22 as to all parties to be filed.

                                CENTER FOR DISABILITY ACCESS
23

24

25 Dated: <u>September 10, 2021</u>    By: <u>/s/ Amanda Seabock</u>
                                          Amanda Seabock
26                                        Attorney for Plaintiff
27

28