UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-10910-JDE | Date | September 10, 2021 |
|---|---|---|---|
| Title | Juan Garibay v. Caravan Realty, LLC, et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**     (In Chambers) Order re Notice of Settlement (Dkt. 50)

    On September 10, 2021, Plaintiff filed a Notice of Settlement advising that the parties reached a "provisional settlement" and requesting that the Court vacate all pretrial dates to permit the parties to avoid any additional expenses while finalizing the settlement, expected to be completed within 60 days, after which the parties would file a joint stipulation of dismissal. Dkt. 50. The Court GRANTS the request to vacate current dates and deadlines, but the parties are ORDERED to, <u>within 60 days of the date of this Order</u>, file either a (1) Stipulation of Dismissal or (2) Joint Request to reset all deadlines and dates that have not already passed under the current Scheduling Order, with any such newly proposed trial and other dates set forth in such Joint Request.

    IT IS SO ORDERED.