CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JEFFREY BOGERT (SBN: 132778)
bogertlaw@outlook.com
LAW OFFICE OF JEFFREY C. BOGERT
827 Moraga Avenue
Los Angeles, CA 90049
Telephone: (424) 293-2272
Attorneys for Defendant
Caravan Realty, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY,<br><br>   Plaintiff,<br><br>   v.<br><br>CARAVAN REALTY, LLC, a California Limited Liability Company; and Does 1-10,<br><br>   Defendants. | Case: 2:19-cv-10910-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 24, 2021          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff

Dated:                           LAW OFFICE OF JEFFREY C. BOGERT

                                 By: _____
                                     Jeffrey Bogert
                                     Attorneys for Defendant
                                     Caravan Realty, LLC

## STIPULATION

Pursuant to F.R.CIV. P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                                CENTER FOR DISABILITY ACCESS

By: _____
Amanda Seabock
Attorneys for Plaintiff

Dated: 9-14-2021          LAW OFFICE OF JEFFREY C. BOGERT

By: _____
Jeffrey Bogert
Attorneys for Defendant
Caravan Realty, LLC